UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FILED
NOV - 5 2021
AT ____ O'CLOCK
John M. Domurad, Clerk - Syracuse

Clifton Phillips Plaintiff(s)

vs.

Diane Wolford, Sentencing Review Coordinator, S. Kingater-Internal Operations, DOCCS Defendant(s)

Civil Case No.:

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ☒ JURY  ☐ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Clifton A. Phillips Jr
   Address: 136 Fillmore Ave
   Syracuse, New York 13205

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Diane Wolford
   Official Position: Sentencing Review Coordinator
   Address: Departmen Corrections
   1220 Washington Ave #9
   Albany, New York 12226

b. Defendant: S. King

Official Position: ~~Internal~~ Operations Assistant Director

Address: DOCCS 1220 Washington Ave #9 Albany, New York 12226

c. Defendant: Department of Corrections And Community Supervision

Official Position: Head of the Department of Correction

Address: 1220 Washington Ave #9 Albany, New York 12226

Additional Defendants may be added on a separate sheet of paper.

4.                                          **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

I bring this Lawsuit in Accordance with Hurd v. Fredenburgh 984 F.3d 1075. Its exactly what happened to me, I was held in Prison 90 days past my maximum expiration date, I wrote Sentence and Review numerous times.

5.                           **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Violation of the Eighth Amendment of the U.S. Constitution, when Doccs and its employee's made me stay in prison 90 days past my maximum expiration date.

### SECOND CAUSE OF ACTION

Violation of the 14 Amendment of the U.S. Constitution when Doccs held me in prison deliberately in prison. Even after I told me that my date to go home was wrong.

### THIRD CAUSE OF ACTION

6.  **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

_3. Millions Dollars_

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _November 3, 2021_

_Clifton Phillip_
_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010